# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: THE SUCCESSION OF                          NO.   2026 CW 0549
ALVENES DUNMILES

**APRIL 23, 2026**

---

In Re:    Paula  Denise  Bonvillain  Dunmiles  and  DeNiece  Renee
          Bonvillain,  applying  for  supervisory  writs,  32nd
          Judicial  District  Court,  Parish  of  Terrebonne,  No.
          26082.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

   **STAY DENIED; WRIT DENIED.**

                              SMM
                              BDE
                              WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT